**Order entered May 5, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-19-01277-CR
No. 05-19-01278-CR
No. 05-19-01279-CR

### WALTER ALFONSO FAJARDO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F18-34266-U, F18-34270-U & F18-34271-U**

### ORDER

Before the Court is appellant's May 1, 2020 second motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **June 1, 2020**. If appellant's brief is not filed by June 1, 2020, these appeals may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE